EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Extensión de términos ante el paso del Huracán María | 2017 TSPR 175<br><br>198 DPR ____ |

Número del Caso: EM-2017-08

Fecha: 16 de septiembre de 2017

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


*In re:*

Extensión de Términos                EM-2017-08
ante el paso del
Huracán María


RESOLUCIÓN

En San Juan, Puerto Rico, a 16 de octubre de 2017.


El paso del huracán María por nuestra isla el 20 de septiembre de 2017 ocasionó estragos severos en todos los componentes de la sociedad puertorriqueña. La Rama Judicial no ha estado exenta de la emergencia causada por el evento atmosférico, pues muchos tribunales sufrieron daños graves en sus planteles e infraestructura física. Además, el sistema eléctrico, de agua y de telecomunicaciones quedó interrumpido para la gran mayoría de los centros judiciales y salas municipales, así como para jueces y juezas, funcionarios y funcionarias, abogados y abogadas y la población general a la que estamos llamados a servir.

Aun así, la Rama Judicial se ha mantenido activa en todo momento mediante un plan de operaciones que ha permitido la atención de asuntos urgentes en todas las regiones judiciales de Puerto Rico. Con miras a reiniciar las labores de forma regular lo antes posible, la Oficina de Administración de los Tribunales diseñó un plan para que a partir del miércoles, 1 de noviembre de 2017 se comiencen a atender en el Tribunal de

Primera Instancia los casos y vistas que ya estaban en calendario desde esa fecha en adelante. Además, desde esa misma fecha también se comenzarán a atender las vistas que quedaron suspendidas por el paso del huracán, según estas sean reseñaladas oportunamente por el Tribunal de Primera Instancia.

Con respecto a los términos ante el paso del huracán María, el 18 de septiembre de 2017 emitimos una Resolución mediante la cual dispusimos que todo término que venciera el 19 de septiembre de 2017 y mientras durara la emergencia se extendería hasta nuevo aviso. Véase *In re: Extensión de Términos ante el paso del Huracán María*, EM-2017-07.

En atención al estado de situación de los tribunales, del servicio eléctrico y de las telecomunicaciones en Puerto Rico, así como al plan antes mencionado para reanudar las operaciones regulares en los tribunales a la brevedad posible, se dispone que la paralización de los términos culminará el viernes, 1 de diciembre de 2017. Por lo tanto, con el propósito de evitar que las partes se vean imposibilitadas de presentar sus recursos, demandas y mociones por esta situación, se dispone que todo término que haya vencido o que venza entre el 19 de septiembre y el 30 de noviembre de 2017, inclusive, se extenderá hasta el viernes, 1 de diciembre de 2017. Ello, al amparo de nuestra facultad para reglamentar los procedimientos judiciales y conforme a lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73.

Se recaba a los abogados y abogadas, así como a las demás partes, que hagan los arreglos necesarios para cumplir con la presentación de los escritos correspondientes conforme a lo aquí dispuesto.

Se ordena la difusión inmediata de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Juan Ernesto Dávila Rivera
                              Secretario del Tribunal Supremo